Joseph A. Dunne (JD 0674)
Gerard F. Dunne (GD 3323)
Law Office of Gerard F. Dunne, P.C.
41 Union Square West
Suite 1125
New York, N.Y. 10003
212-645-2410
joe.dunne@dunnelaw.net
jerry.dunne@dunnelaw.net
*Attorneys for Plaintiff, Well Made Mf'g Corporation*


UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF NEW YORK

```
--------------------------------------------------------X
WELL-MADE TOY M'FG. CORPORATION        :
a corporation of the State of New York  :
                                        :
                    Plaintiff,          :      Civil Action No.:
                                        :
            v.                          :
                                        :
FLOWERS, INC.. (d/b/a Burton & Burton)  :
a corporation of Georgia                :
--------------------------------------------------------X
```

## COMPLAINT FOR COPYRIGHT INFRINGEMENT


Plaintiff for its Complaint against the Defendants respectfully alleges as follows:


### THE PARTIES

1.      The plaintiff, Well Made Toys M'fg Corporation (hereinafter "Well Made"), is a corporation of the State of New York having its principal place of business at 52-07 Flushing Avenue, 2nd Floor, Maspeth, NY 11378.

2.      Upon information and belief, the defendant Flowers, Inc.  (d/b/a Burton & Burton) is a corporation of the state of Georgia having its principal place of business at 325 Cleveland Road, Bogart, GA 30622-1766

3.      Plaintiff Well Made is informed and believes and on that basis alleges, that

Defendants Flowers, Inc. have transacted  business in the State of New York by offering for sale and selling within this Judicial District by direct sales products  infringing the rights of Well Made asserted herein.

**JURISDICTION AND VENUE**

4.     The claims herein  arise under the Copyright Laws of the United States, 17 U.S.C. § 101 *et seq.*, and jurisdiction is conferred by virtue of 28 U.S.C. §§ 1331(a) and 1338(a).  The claims herein also arise under the international copyright laws including the Universal Copyright Convention and The Berne Convention, and the copyright laws of Canada, including the Canadian Copyright Act (R.S.C. 5.)

5.     Venue is founded upon 28 U.S.C. § 1391(b) and (c).

**COUNT I: VIOLATION OF FEDERAL AND
INTERNATIONAL COPYRIGHT LAW**

6.     Well Made hereby charges Flowers, Inc. with copyright infringement in violation of The Copyright Act of 1976, the applicable international conventions including the Universal Copyright Convention and The Berne Convention, and the laws of Canada, including the Canadian Copyright Act (R.S.C., c. C-42).

7.     Well Made is involved in the design and marketing of toys, including sculptural dolls. The designs created by or for Well Made are copyrighted under the laws of the United States, Canada, and under international law including the various copyright conventions and treaties the United States is a party to, as the Universal Copyright Convention and The Berne Convention.

8.     The copyrighted designs of Well Made include the *Debbie Dancer* doll, designed and created by Well Made. The *Debbie Dancer* design is  registered in the United States Copyright Office, United States Copyright Registration No. Vau 1-226-922, for facial artwork and the soft body sculpture.

2

9.      Attached hereto as Exhibit A is a true and correct copy of the Copyright Registration Certificate No. Vau 1-226-922.

10.     The copyright for the *Debbie Dancer* doll created by Well Made is in full force and effect; and Well Made has complied with all requirements in submitting the application, for copyright registration for the *Debbie Dancer* doll, Exhibit A. Well Made has complied with all requirements for the protection its copyrighted designs in the United States and internationally.

11.     The plaintiff Well Made is informed and believes, and therefore avers, that subsequent to the introduction, by Well Made into the market of the United States, of its *Debbie Dancer* doll, the defendants Flowers, Inc. have infringed upon the copyright of Well Made in its *Debbie Dancer* doll by producing, or causing to be produced, importing into the United States as well as marketing therein sculpted dolls that have been copied directly from and are substantially similar in appearance to the copyrighted design of the *Debbie Dancer* doll of Well Made.

12.      The defendant, Flowers, Inc., marketed within this judicial district at least two styles of its dolls, the Ballerina Doll and Graduation Doll (collectively hereinafter "the infringing dolls"), having substantially similar sculptural artwork as the doll illustrated in Exhibit A.

13.      Attached hereto as Exhibit B is a true and correct copy of a color image of the *Debbie Dancer* doll created and marketed by Well Made, along side the comparable doll that, upon information and belief, is distributed by defendant Flowers, Inc.

14.     Attached hereto as Exhibit C is a true and correct copy of at least some of the infringing dolls of Flowers, Inc. offered for sale, within this judicial district, on amazon.com.

3

15.    The infringing dolls marketed by the defendants, upon information and belief, have been copied directly from and is substantially similar to the copyrighted *Debbie Dancer* doll marketed by plaintiff Well Made; and more particularly, the distinctive artwork of the sculptural features and facial artwork of the infringing dolls marketed by the defendant is essentially identical to the copyrighted *Debbie Dancer* doll of Well Made.

16.    As a result of such actions, as outlined in paragraphs 6-15 above, defendant Flowers, Inc. has directly infringed Well Made's copyrights.

17.    As a result of such actions, as outlined in paragraphs 6-15 above, defendant Flowers Inc. has directly infringed and induced the infringement of others of Well Made's copyright, including retailers in this judicial district, who purchased the infringing  Flowers Inc. products, and  Flowers Inc., upon information and belief, knew such retailers would be offering the infringing  Flowers Inc.  products for sale in this judicial district.

18.    The plaintiff Well Made is informed and believes and, therefore avers that the aforesaid infringement and inducement thereof by the defendant of the copyrighted subject matter of Well Made was, and continues to be, with the knowledge that the sculpted designs of Well Made's products are copyrighted and that the defendant, in doing or authorizing such acts, has infringed the rights of Well Made under the copyright laws of the United States, Title 17 U.S.C. § 101 *et seq.*

19.    The acts noted above of the defendant are unauthorized by Well Made or any of its agents, and such unlawful acts have enabled the defendant to trade unlawfully upon the creative efforts of the plaintiff Well Made. The defendant has, consequently, unjustly enriched themselves at the expense and to the damage and injury to the plaintiff Well Made.

20.     Upon information and belief, unless enjoined by this court, the defendant will further impair if not destroy the value of the copyrights and the goodwill associated therewith that are owned by the plaintiff Well Made.

21.     Upon information and belief, Well Made avers that as a result of the foregoing, Well Made risks substantial loss of revenues and has sustain irreparable damage as the result of the willful and wrongful conduct of the defendants.

## COUNT II: INDUCEMENT TO INFRINGE COPYRIGHT

22.     As a second and complete ground for relief, plaintiff Well Made hereby charges the defendant Flowers, Inc. with inducement of others to infringe valid international copyrights of plaintiff Well Made and hereby realleges the allegation of paragraphs 1 through 21 as though fully set forth herein.

23.     By the activities noted above, the defendant Flowers, Inc. has induced others around the world to infringe the international copyrights of plaintiff Well Made set forth herein by inducing others to manufacture and/or market products having unauthorized copies of the Well Made designs and, upon information and belief, such inducement was done willfully, knowingly, and maliciously.

24.     As a result of the inducement by the defendant Flowers, Inc. of others including manufacturers and retailers  of products bearing the artwork infringing the copyrights of plaintiff Well Made as set forth herein, such others including manufactures and retailers have profited wrongfully and to the injury of  plaintiff Well Made.


WHEREFORE, Plaintiff prays:

A.     That the defendants, Flowers, Inc., and their agents, servants, employees and attorneys as well as those persons in active concert or participation therewith be permanently enjoined and restrained from manufacturing, having manufactured, importing,

5

offering for sale, selling, advertising or promoting or distributing in the United States any products incorporating the copyrighted subject matter or distinctive elements of the sculpted dolls of Well Made; and

B.     further, that the defendants Flowers, Inc., be ordered:

(i) to deliver up for destruction all of the merchandise in their possession or control which incorporates any of the copyrighted designs of products marketed by Well Made, as well as all means for producing, advertising or promoting such infringing merchandise;

(ii)  to make diligent efforts to recall all of the materials set forth in paragraph (B)(i) already distributed; and

(iii) to file with this court and serve on plaintiff ten (10) days after the date of the injunction a report in writing and under oath setting forth in detail the matter or form in which the Defendants Flowers, Inc. have complied fully with the injunction;

C.     that an accounting and judgment be rendered jointly and severally against the defendants Flowers, Inc. for:

(i) all profits received by the defendants from the sale of products infringing the copyrights asserted in this matter as provided by 17 U.S.C. § 504(b) and applicable international law;

(ii)    all damages sustained by Well Made as a result of the copyright infringement of the defendants including compensation to Well Made fully for all sales of products of Well Made that have been diverted or reduced as a result of the infringement by the defendants as provided by 17 U.S.C. § 504(b) and international law;

(iii) in the event Well Made so elects, statutory damages in the amount of $150,000 as authorized by 17 U.S.C. § 504(c)(2) against the defendants for each copyright infringed and for each style of product infringing such copyright;

D.    against defendants Flowers, Inc., an accounting and judgment be rendered for:

(i)    all profits received by the customers of defendants for the induced infringement from the resale of products infringing the copyrights asserted in this matter as provided by 17 U.S.C. § 504(b)and international law;

(ii)    all profits received by the manufacturer of defendants for the induced infringement from the manufacture of products infringing the copyrights asserted in this matter as provided by 17 U.S.C. § 504(b)and international law;

(iii)    in the event Well Made so elects, statutory damages in the amount of $150,000 as authorized by 17 U.S.C. § 504(c)(2) against defendant for the infringement induced for each of its customers;

E.    that Well Made have and receive its costs in this action, including an award of its reasonable attorney's fees with interest from the date of the filing of this complaint pursuant to 17 U.S.C. § 505;

F.    that Well Made receive interest on its damages awards from the date of injury;

G.    punitive damages for the willful and wonton infringement of defendant; and

H.    that the plaintiff be granted such other and further relief as the court deems just and appropriate.

Dated:          New York, New York              Respectfully submitted,
                February 19, 2016


                                                /s/ Joseph A. Dunne
                                                Joseph A. Dunne (JD 0674)
                                                Gerard F. Dunne (GD 3323)
                                                Law Office of Gerard F. Dunne, P.C.
                                                41 Union Square West
                                                Suite 1125
                                                New York, N.Y. 10003
                                                212-645-2410
                                                joe.dunne@dunnelaw.net
                                                jerry,dunne@dunnelaw.net
                                                *Attorneys for Plaintiff, Well Made Mf'g*
                                                *Corporation*


8

# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-226-922

**Effective Date of Registration:**
December 06, 2001

---

## Title

| | |
|---|---|
| **Title of Work:** | "DEBBIE DANCER" |
| **Nature of Claim:** | FACIAL ARTWORK & SOFT BODY SCULPTURE |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2001 |

## Author

| | |
|---|---|
| • **Author:** | WELL-MADE TOY MFG. CORP. |
| **Author Created:** | 3-Dimensional sculpture, 2-Dimensional artwork |
| **Work made for hire:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | WELL-MADE TOY MFG. CORP. |
| | 184-10 EAST JAMAICA AVENUE, HOLLIS,, NEW YORK, 11423 |

## Certification

| | |
|---|---|
| **Name:** | SUSAN COOK |
| **Date:** | October 12, 2001 |

# EXHIBIT B



# EXHIBIT C

Case 2:16-cv-01380-AES-ARL Document 1 Filed 03/21/16 Page 14 of 33 PageID #: 14



BEAUTIFUL THINGS ON AMAZON UPDATED DAILY **EXPLORE**

**amazon**
Try Prime

Toys & Games ▾

Experience *The Wayne Investigation*, an audio-adventure on Alexa.

Shop by Department ▾   Shopping History ▾   Joseph's Amazon.com   Today's Deals   Hello, Joseph Your Account ▾   Try Prime ▾   Your Lists ▾   🛒 Cart

Toys & Games   Deals   STEM Toys   Best Sellers   Preschool Toys   Boys' Toys   Girls' Toys   Kids' Birthdays   Games   New Releases

PRIME NOW   CELEBRATE EASTER WITH FREE 2-HOUR DELIVERY

Toys & Games › Dolls & Accessories › Dolls



Click to open expanded view

## "Jenny" 18" Ballerina Doll Adorable Doll for Ballet Dancers

by Burton & Burton

★★★★½ ▾   21 customer reviews

Price: **$17.25** & **FREE Shipping** on orders over $49.
Details

**Only 4 left in stock.**

**Want it tomorrow, March 22 to 11215?** Order within **21 hrs 37 mins** and choose **Same-Day Delivery** at checkout.
Sold by **Stock Your Home** and **Fulfilled by Amazon**. Gift-wrap available.

- 18"H measured head to toe.

6 new from $17.25


🔥 Deal of the Day
**Up to 40% off** select Batman items ▸ Shop now

Share ✉ f 🐦 📌

Qty: 1 ▾

☐ Yes, I want **FREE Two-Day Shipping** with Amazon Prime

🛒 **Add to Cart**

Turn on 1-Click ordering for this browser

**Ship to:**
Joseph Dunne- BROOKLYN ▾

Add to List ▾

### Other Sellers on Amazon

**$17.25**
& FREE Shipping on eligible orders. Details
Sold by: JH Direct                Add to Cart

**$17.25**
& FREE Shipping on eligible orders. Details
Sold by: TradingBuzz              Add to Cart

**$19.49**
& FREE Shipping on eligible orders. Details
Sold by: imagine products         Add to Cart

6 new from $17.25

Have one to sell?   Sell on Amazon

### Sponsored by Breyer


Breyer Horse Lover's Collection Shadow Box 122
$24.00 **$19.26**

## Frequently Bought Together

 +  + [ballerina book image]

Total price: **$24.23**

Add all three to Cart
Add all three to List

- ☑ **This item:** "Jenny" 18" Ballerina Doll Adorable Doll for Ballet Dancers   $17.25
- ☑ I Wear My Tutu Everywhere! (Reading Railroad) by Wendy Cheyette Lewison Paperback $3.49
- ☑ I'm a Ballerina! (Little Golden Book) by Sue Fliess Hardcover $3.49

## Customers Who Bought This Item Also Bought



"Lindsey" 18" Ballerina Plush Doll Adorable Doll for Our Ballet Dancers

⭐⭐⭐⭐⭐ 6

$18.04 ✓Prime



I Wear My Tutu Everywhere! (Reading Railroad)

› Wendy Cheyette Lewison

⭐⭐⭐⭐⭐ 140

Paperback

$3.49 ✓Prime



I'm a Ballerina! (Little Golden Book)

› Sue Fliess

⭐⭐⭐⭐⭐ 15

Hardcover

$3.49 ✓Prime



Aurora World Brunette Ballerina 14.5" Plush

⭐⭐⭐⭐⭐ 25

$11.95 ✓Prime



Ballerina Girl (My First Reader (Paperback))

› Kirsten Hall

⭐⭐⭐⭐½ 63

Paperback

$3.95 ✓Prime



Melissa & Doug Victoria - 14" Ballerina Doll

⭐⭐⭐⭐½ 148

$22.00 ✓Prime




IRIS 4-Drawer Cart
with Organizer Top and Casters

Shop now ›

Ad feedback 💬

**Sponsored Products Related To This Item** (What's this?)

Case 2:16-cv-01380-AES-ARL Document 1 Filed 03/21/16 Page 16 of 33 PageID #: 16







**Ballerina Princess Doll Pack N Play Gift Set**
★★★★☆ 46
$15.99 ✓Prime

**Personalized Sweetheart Cuddle Doll - 11 Inch**
★★★★★ 2
$30.95

**Metoo Candy Girl Dolls Soft Plush Stuffed Toys Pink 16" with Little Can...**
$19.99 ✓Prime

**Metoo Tiramitu Stuffed Bunny Plush Rabbit Dolls Toys Pink Dress 17inch**
$25.99 ✓Prime

**Metoo Tiramitu Stuffed Bunny Plush Rabbit Dolls Toys Floral Dress 17inch**
$25.99 ✓Prime

Ad feedback

## Special Offers and Product Promotions

- Your cost could be **$0.00 instead of $17.25**! Get the **Amazon.com Rewards Visa** card and you'll **automatically get $50.00** off instantly as a gift card. Apply now.

## Product Description

Jenny plush ballerina doll with brown pony tails made of yarn. Is wearing a pink tutu skirt with silver sparkles on top of dress. Has embroidered nose and mouth. Clothes are not removable.

## Product Information

| | |
|---|---|
| Product Dimensions | 17 x 10.3 x 3.2 inches |
| Item Weight | 7.8 ounces |
| Shipping Weight | 7.8 ounces (View shipping rates and policies) |
| ASIN | B00I3JI6SI |
| Manufacturer recommended age | 12 months and up |
| Best Sellers Rank | #25,769 in Toys & Games (See Top 100 in Toys & Games) #833 in Toys & Games > Dolls & Accessories > Dolls #13,919 in Toys & Games > Preschool |
| Customer Reviews | ★★★★☆ ▼  21 customer reviews 4.4 out of 5 stars |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to give feedback on images?
Would you like to tell us about a lower price?

## Sponsored Products Related To This Item (What's this?)








**Cabbage Patch Kids Classic 16 inch Doll with Pink Glitter Dress: Caucasi...**
★★★★★ 1
$59.95 ✓Prime

**Personalized Baby Starters Hearts & Bows Snuggle Doll - 11 inch**
★★★★★ 19
$32.99

**Manhattan Toy Baby Stella Brunette Soft Nurturing First Baby Doll (new f...**
★★★★☆ 36
$25.21 ✓Prime

**Clara Marie My Ballerina Nutcracker Collection Doll**
★★★☆☆ 2
$99.99 ✓Prime

**Magic Baby Doll Toy For Children, Laughs, Talks, Feeds, Cries & much More**
★★★★☆ 4
$22.95

Ad feedback

**Customers Viewing This Page May Be Interested In These Sponsored Links** (What's this?)

1. **Ballerina Dolls** – Friends & Family Sale - 30% Off! Plus Free Shipping on Orders $99+    www.madamealexander.com/

2. **American Doll Clothes** – Long Island's Largest Supplier Of Every Accessory for **18" Dolls**.    www.love**doll**clothes.com/

Ad feedback

## Customer Questions & Answers

See questions and answers

## Customer Reviews

⭐⭐⭐⭐⯪ 21

**4.4 out of 5 stars** ▾

| | | |
|---|---|---|
| 5 star | | 76% |
| 4 star | | 5% |
| 3 star | | 10% |
| 2 star | | 0% |
| 1 star | | 9% |

See all 21 customer reviews ›

Share your thoughts with other customers

[ Write a customer review ]



⭐⭐⭐⭐⯪ 748

**I Love Method!**
" Easy to use, smells great and it's all natural! I love, LOVE Method products! "

Ad feedback

### Top Customer Reviews

⭐⭐⭐☆☆ **Disappointed.**
By Abcdef on December 15, 2014
**Verified Purchase**
Really disappointed. This was a gift and it is not boxed, comes wrapped up in cellophane. The doll's body is a lot smaller than I thought, feels flimsy, not at all "huggable" for a little girl. It also has a gold loop on top of the head which makes me think this is more of an ornament than a doll. Also there is a fabric tag on the leg that's very prominent, it's not shown in the picture. I don't think it can be cut off. Not worth the money

Comment | 7 people found this helpful. Was this review helpful to you? [ Yes ] [ No ] | Report abuse

⭐⭐⭐⭐⭐ **Perfect!**
By Familyofeight! on January 27, 2015
**Verified Purchase**
Such a cute doll and I LOVE that the clothes are sewed on. My daughter loves to take the clothes off of every doll and this one she can not. She loves her Ballet doll!

Comment | 4 people found this helpful. Was this review helpful to you? [ Yes ] [ No ] | Report abuse

⭐⭐⭐⭐⭐ **precious doll for a new ballerina.**
By Madeline on August 1, 2014

### Most Recent Customer Reviews

⭐☆☆☆☆ **One Star**
Wish that it came in a biracial color
Published 23 days ago by Laurie S. Jaffe

⭐⭐⭐⭐⭐ **Five Stars**
Adorable, nice size, huggable. My granddaughter loves this doll. Very well made. Very nice quality. So cute.
Published 1 month ago by rosemary nice

⭐⭐⭐⭐⭐ **happy ballerina!**
My ballerina princess loves her ballerina doll!!!
Published 2 months ago by SourthernLady2011

⭐⭐⭐⭐⭐ **Five Stars**
Beautiful 18 " rag doll. Just perfect for little hands.
Published 3 months ago by pattyjay

⭐⭐⭐⭐⭐ **Soft**
Soft n cute. One child wanted a ballerina like her big sister. This is perfect.

Case 2:16-cv-01380-AES-ARL Document 1 Filed 03/21/16 Page 18 of 33 PageID #: 18

The doll is adorable. My grandad a daughter sleeps with her every nite.

Comment | 4 people found this helpful. Was this review helpful to you?  Yes  No  Report abuse

★★★★★ **I really didn't expect it to be a good quality doll for the price**

By Max on November 25, 2015

Verified Purchase

I bought this for a Christmas gift for m granddaughter. I really didn't expect it to be a good quality doll for the price. I thought the tutu would be stiff but wanted the doll anyway. What a surprise to get the doll and feel how huggable she is. The tutu is so soft she could sleep with this doll

Comment | 3 people found this helpful. Was this review helpful to you?  Yes  No  Report abuse

★★★★★ **Five Stars**

By Sharon on January 13, 2015

Verified Purchase

Love this little doll and so does my 3yo ballerina.

Comment | One person found this helpful. Was this review helpful to you?  Yes  No  Report abuse

★★★★★ **Love!**

By Stephanie on January 17, 2016

Verified Purchase

This little doll is adorable! Got it for my daughter's 1st birthday and she was in love! Love the material, it's like a sturdier rag doll. I bought it to leave on her cake table for her birthday party and then for her to keep the doll and take pictures with it. I thought the ballerina would be able to do a split like it's shown in the image, but the doll won't do it.

Comment | Was this review helpful to you?  Yes  No  Report abuse

★★★★★ **Five Stars**

By Dangereux on December 28, 2014

Verified Purchase

Very nice and good quality items. Thank you.

Comment | One person found this helpful. Was this review helpful to you?  Yes  No  Report abuse

★☆☆☆☆ **Loved, But Falling Apart**

By cedscurato on February 20, 2016

Verified Purchase

My daughter loves this ballerina, but unfortunately her hair ties totally came undone/unraveled and her hair started to fall out of the pony tails. I had to resort to using my own hair ties. The ballerina slippers are also very fuzzy now. Cute, but not very well made.

Comment | Was this review helpful to you?  Yes  No  Report abuse

**See all 21 customer reviews (newest first) ›**

Write a customer review

Published 3 months ago by Scrapper

★★★★★ **Adorable**

My granddaughter takes ballet, and has long brown hair. This was perfect, and she won't get in the car without it.

Published 5 months ago by Humngbrdsng

★★★★★ **She was so excited and loved the doll**

This was a gift for our grandaughter after a dance recital. She was so excited and loved the doll. Others that saw it, commented on what a neat idea.

Published 8 months ago by Cheryl

★★★★★ **Was happily surprised. Very cute and a nice size**

Was happily surprised. Very cute and a nice size. My 3 yr old loved it.

Published 9 months ago by Carlie

### Search Customer Reviews

[                    ] Search

### Customers Who Viewed This Item Also Viewed

    

Melissa & Doug Victoria - 14" Ballerina Doll

★★★★½ 148

$22.00   ✓Prime

I'm a Ballerina! (Little Golden Book)

› Sue Fliess

★★★★★ 15

Hardcover

$3.49   ✓Prime

"Lindsey" 18" Ballerina Plush Doll Adorable Doll for Our Ballet Dancers

★★★★★ 6

$18.04   ✓Prime

Aurora World Brunette Ballerina 14.5" Plush

★★★★½ 25

$11.95   ✓Prime

Melissa & Doug Alexa - 14" Ballerina Doll

★★★★½ 74

$29.97   ✓Prime



17" Ballerina Doll for Little Ballerina Girls' Dance Recital Gifts, Birthday Gifts, Ballerina Birthday

★★★★★ 47

$13.99   ✓Prime

verizon✓

Ad feedback 💬

**Pages with Related Products.** See and discover other items: stuffed blonde doll, silver tutu, ballerina animal

Back to top

### Get to Know Us
Careers
About Amazon
Investor Relations
Amazon Devices

### Make Money with Us
Sell on Amazon
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Become an Amazon Vendor
› See all

### Amazon Payment Products
Amazon.com Rewards Visa Card
Amazon.com Store Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Amazon Currency Converter

### Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

AMAZON.com

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Netherlands   Spain   United Kingdom

**6pm**
Score deals
on fashion brands

**AbeBooks**
Rare Books
& Textbooks

**ACX**
Audiobook Publishing
Made Easy

**Alexa**
Actionable Analytics
for the Web

**Amazon Business**
Everything For
Your Business

**AmazonFresh**
Groceries & More
Right To Your Door

**AmazonGlobal**
Ship Orders
Internationally

**Home Services**
Handpicked Pros
Happiness Guarantee

**Amazon Web Services**
Scalable Cloud
Computing Services

**Audible**
Download
Audio Books

**BeautyBar.com**
Prestige Beauty
Delivered

**Book Depository**
Books With Free
Delivery Worldwide

**Casa.com**
Kitchen, Storage
& Everything Home

**ComiXology**
Thousands of
Digital Comics

Case 2:16-cv-01380-APG-ARL Document 1 Filed 03/21/16 Page 20 of 33 PageID #: 20

CreateSpace
Indie Print Publishing
Made Easy

Diapers.com
Everything
But The Baby

DPReview
Digital
Photography

East Dane
Designer Men's
Fashion

Fabric
Sewing, Quilting
& Knitting

Goodreads
Book reviews
& recommendations

IMDb
Movies, TV
& Celebrities

Junglee.com
Shop Online
in India

Kindle Direct Publishing
Indie Digital Publishing
Made Easy

MYHABIT
Private Fashion
Designer Sales

Shopbop
Designer
Fashion Brands

Soap.com
Health, Beauty &
Home Essentials

TenMarks.com
Math Activities
for Kids & Schools

Wag.com
Everything
For Your Pet

Warehouse Deals
Open-Box
Discounts

Woot!
Discounts and
Shenanigans

Yoyo.com
A Happy Place
To Shop For Toys

Zappos
Shoes &
Clothing

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2016, Amazon.com, Inc. or its affiliates

Case 2:16-cv-01300-ADS-ARL Document 1 Filed 03/21/16 Page 21 of 33 PageID #: 21



Toys & Games   Deals   STEM Toys   Best Sellers   Preschool Toys   Boys' Toys   Girls' Toys   Kids' Birthdays   Games   New Releases

Home & Kitchen › Home Décor › Home Décor Accents › Collectible Dolls



Click to open expanded view

## "Lindsey" 18" Ballerina Plush Doll Adorable Doll for Our Ballet Dancers

by Burton & Burton

★★★★★  6 customer reviews

Price: **$18.04** & **FREE Shipping** on orders over $49. Details

**Only 11 left in stock.**

**Want it tomorrow, March 22?** Order within **2 hrs 52 mins** and choose **One-Day Shipping** at checkout. Details
Sold by Stock Your Home and Fulfilled by Amazon. Gift-wrap available.

- An adorable 18-inch ballerina rag doll with beautifully neat, long yellow yarn hair.
- Multi-layered, soft tutu (not removable). Light pink legs give the appearance that she is wearing pink tights.
- Embroidered facial features. Short elastic loop on back of head for hanging, if desired.
- Sparkly "shoes" and "leotard". Two pink scrunchies (removable) around her ponytails (ponytails sewn underneath).
- Safety tested to be suitable for all ages.

8 new from $18.00

Share ✉ f 🐦 📌

Qty: 1 ▾

☐ Yes, I want **FREE Two-Day Shipping** with Amazon Prime

**Add to Cart**

Turn on 1-Click ordering for this browser

**Ship to:**
Joseph Dunne- BROOKLYN ▾

Add to List

### Other Sellers on Amazon

**$18.09**   Add to Cart
& FREE Shipping on eligible orders. Details
Sold by: JH Direct

**$18.69**   Add to Cart
& FREE Shipping on eligible orders. Details
Sold by: imagine products

**$19.73**   Add to Cart
& FREE Shipping on eligible orders. Details
Sold by: Amazing Prime Value

8 new from $18.00

Have one to sell?   Sell on Amazon



### Sponsored by EverKid



EverKid Ballerina CupCake Toppers, 36 pcs
21
**$11.99**

Ad feedback 💬

## Frequently Bought Together



Total price: **$38.78**

Add all three to Cart

Add all three to List

☑ **This item:** "Lindsey" 18" Ballerina Plush Doll Adorable Doll for Our Ballet Dancers   $18.04
☑ "Jenny" 18" Ballerina Doll Adorable Doll for Ballet Dancers   $17.25
☑ I Wear My Tutu Everywhere! (Reading Railroad) by Wendy Cheyette Lewison   Paperback   $3.49

## Customers Who Bought This Item Also Bought

Case 2:16-cv-01366-APG-NJK   Document 1   Filed 03/21/16   Page 22 of 33   PageID #: 22



**"Jenny" 18" Ballerina Doll Adorable Doll for Ballet Dancers**

⭐⭐⭐⭐⭐ 21

$17.25 ✓Prime



**I Wear My Tutu Everywhere! (Reading Railroad)**

› Wendy Cheyette Lewison

⭐⭐⭐⭐⭐ 140

Paperback

$3.49 ✓Prime



**I'm a Ballerina! (Little Golden Book)**

› Sue Fliess

⭐⭐⭐⭐⭐ 15

Hardcover

$3.49 ✓Prime



**Glitter Ballerinas Stickers (Dover Little Activity Books Stickers)**

Darcy May

⭐⭐⭐⭐½ 36

Paperback

$1.99 ✓Prime



**Fancy Nancy: Budding Ballerina**

› Jane O'Connor

⭐⭐⭐⭐½ 96

Paperback

$3.99 ✓Prime



**Melissa & Doug Alexa - 14" Ballerina Doll**

⭐⭐⭐⭐½ 74

$29.97 ✓Prime





**IRIS 4-Drawer Cart**
with Organizer Top and Casters

Shop now ›

Ad feedback 🖵

**Sponsored Products Related To This Item** (What's this?)









**Sahara Ballerina Plush Rag Doll**
⭐⭐⭐⭐⭐ 1
$16.99 ✓Prime

**Ballerina Pretty Pink Dress Collectible Bisque Porcelain Doll**
$45.00

**Joy Jewelry Tree Display Stand - Model: Elegante - Type: Tall+Large - Si...**
⭐⭐⭐⭐ 91
$18.99 ✓Prime

**THE SAN FRANCISCO MUSIC BOX COMPANY "It's All About the Shoes" Ruby Slip...**
⭐⭐⭐½ 12
$34.32 ✓Prime

**Easter toy-Piano-Music Box, includes dancing ballerina**
⭐⭐⭐ 3
$12.50 ✓Prime

Ad feedback 💬

## Special Offers and Product Promotions

- Your cost could be **$8.04 instead of $18.04**! Get **$10.00** off instantly as a gift card upon approval for the **Amazon.com Store Card.** Learn more.

## Product Description

An adorable 18-inch ballerina rag doll with beautifully neat, long yellow yarn hair. Multi-layered, soft tutu (not removable). Light pink legs give the appearance that she is wearing pink tights. Embroidered facial features. Short elastic loop on back of head for hanging, if desired. Sparkly "shoes" and "leotard". Two pink scrunchies (removable) around her ponytails (ponytails sewn underneath). Safety tested to be

## Product Information

| | |
|---|---|
| Product Dimensions | 14.9 x 7.6 x 2 inches |
| Item Weight | 6.4 ounces |
| Shipping Weight | 6.4 ounces (View shipping rates and policies) |
| ASIN | B00701QHRW |
| Item model number | 9715640 |
| Manufacturer recommended age | 1 month and up |
| Best Sellers Rank | #225,961 in Toys & Games (See Top 100 in Toys & Games) #131 in Home & Kitchen > Home Décor > Home Décor Accents > Collectible Dolls |
| Customer Reviews | ⭐⭐⭐⭐⭐ 6 customer reviews 5 out of 5 stars |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to give feedback on images?
Would you like to tell us about a lower price?

## Sponsored Products Related To This Item (What's this?)








**Cabbage Patch Kids Classic 16 inch Doll with Pink Glitter Dress: Caucasi...**
⭐⭐⭐⭐⭐ 1
$59.95 ✓Prime

**Clara Marie My Ballerina Nutcracker Collection Doll**
⭐⭐⭐½ 2
$99.99 ✓Prime

**Dance N Twirl Barbie**
⭐⭐⭐⭐ 4
$32.95 ✓Prime

**Barbie Swan Queen from Swan Lake 12" Collector Edition Doll**
⭐⭐⭐⭐ 14
$34.95 ✓Prime

**Mooshka Goodnight Starlight Doll, Dasha**
⭐⭐⭐⭐½ 49
$32.25 ✓Prime

Ad feedback

## Customers Viewing This Page May Be Interested In These Sponsored Links (What's this?)

1. **Ballerina Dolls** — Friends & Family Sale - 30% Off! Plus Free Shipping on Orders $99+    www.madamealexander.com/

2. **American Doll Clothes** — Long Island's Largest Supplier Of Every Accessory for **18" Dolls**.    www.love**doll**clothes.com/

Ad feedback

## Customer Questions & Answers

See questions and answers

## Customer Reviews

 6

5.0 out of 5 stars ▾

| | | |
|---|---|---|
| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Share your thoughts with other customers

[ Write a customer review ]

See all 6 customer reviews ›



SAVE FOR COLLEGE THE SMART WAY,

Ad feedback

### Top Customer Reviews

★★★★★ **recital gift**
By patricia p. theroux on July 4, 2013
**Verified Purchase**
this was a recital gift for my granddaughter. she absolutely loved it. nice and soft and she loved the doll's hair

Comment | One person found this helpful. Was this review helpful to you? [Yes] [No] | Report abuse

★★★★★ **Made My Daughter Happy**
By Elaine P Cook-Payne on June 12, 2013
**Verified Purchase**
Beautiful doll! My daughter loves it and has slept with this doll each night. Seems to be made very well.

Comment | One person found this helpful. Was this review helpful to you? [Yes] [No] | Report abuse

★★★★★ **Five Stars**
By rosemary nice on February 19, 2016

### Most Recent Customer Reviews

★★★★★ **Five Stars**
Our granddaughter loved it.
Published 12 days ago by Linda

★★★★★ **She is super cute!**
The picture of this doll doesn't do her justice. She is super cute!
Published 1 month ago by F G

★★★★★ **Five Stars**
Perfect for a three year old.
Published 3 months ago by Kathleen Fougere

**Search Customer Reviews**

[            ] [Search]

Verified Purchase

Absolutely adorable!!!! Well made, cute, huggable, nice size. Granddaughter loves this doll.

Comment | Was this review helpful to you? [ Yes ] [ No ] | Report abuse

**See all 6 customer reviews (newest first)** ›

[ Write a customer review ]

## Customers Who Viewed This Item Also Viewed



**"Jenny" 18" Ballerina Doll Adorable Doll for Ballet Dancers**
★★★★½ 21
$17.25 ✓Prime



**I Wear My Tutu Everywhere! (Reading Railroad)**
› Wendy Cheyette Lewison
★★★★★ 140
Paperback
$3.49 ✓Prime



**Melissa & Doug Alexa - 14" Ballerina Doll**
★★★★½ 74
$29.97 ✓Prime



**Fancy Nancy: Budding Ballerina**
› Jane O'Connor
★★★★½ 96
Paperback
$3.99 ✓Prime



**17" Ballerina Doll for Little Ballerina Girls' Dance Recital Gifts, Birthday Gifts, Ballerina Birthday**
★★★★★ 47
$13.99 ✓Prime



**Aurora World Brunette Ballerina 14.5" Plush**
★★★★★ 25
$11.95 ✓Prime





verizon✓

Ad feedback 💬

Back to top

Get to Know Us

Careers
About Amazon
Investor Relations
Amazon Devices

Make Money with Us

Sell on Amazon
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Become an Amazon Vendor
› See all

Amazon Payment Products

Amazon.com Rewards Visa Card
Amazon.com Store Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Amazon Currency Converter

Let Us Help You

Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

AMAZON.COM

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Netherlands   Spain   United Kingdom

6pm
Score deals
on fashion brands

AbeBooks
Rare Books
& Textbooks

ACX
Audiobook Publishing
Made Easy

Alexa
Actionable Analytics
for the Web

Amazon Business
Everything For
Your Business

AmazonFresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Handpicked Pros
Happiness Guarantee

Amazon Web Services
Scalable Cloud
Computing Services

Audible
Download
Audio Books

BeautyBar.com
Prestige Beauty
Delivered

Book Depository
Books With Free
Delivery Worldwide

Casa.com
Kitchen, Storage
& Everything Home

ComiXology
Thousands of
Digital Comics

CreateSpace
Indie Print Publishing
Made Easy

Diapers.com
Everything
But The Baby

DPReview
Digital
Photography

East Dane
Designer Men's
Fashion

Fabric
Sewing, Quilting
& Knitting

Goodreads
Book reviews
& recommendations

IMDb
Movies, TV
& Celebrities

Junglee.com
Shop Online
in India

Kindle Direct Publishing
Indie Digital Publishing
Made Easy

MYHABIT
Private Fashion
Designer Sales

Shopbop
Designer
Fashion Brands

Soap.com
Health, Beauty &
Home Essentials

TenMarks.com
Math Activities
for Kids & Schools

Wag.com
Everything
For Your Pet

Warehouse Deals
Open-Box
Discounts

Woot!
Discounts and
Shenanigans

Yoyo.com
A Happy Place
To Shop For Toys

Zappos
Shoes &
Clothing

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2016, Amazon.com, Inc. or its affiliates

Case 2:16-cv-01380-ADS-ARL   Document 1   Filed 03/21/16   Page 27 of 33 PageID #: 27



BEAUTIFUL THINGS ON AMAZON UPDATED DAILY    EXPLORE

**amazon**
Try Prime

Toys & Games ▾    [search]    🔍

Easter Shop ›

Hello, Joseph
Your Account ▾

Try
Prime ▾

Your
Lists ▾

🛒 Cart 1

Shop by
Department ▾    Shopping History ▾    Joseph's Amazon.com    Today's Deals    Your Account ▾

Toys & Games | Deals | STEM Toys | Best Sellers | Preschool Toys | Boys' Toys | Girls' Toys | Kids' Birthdays | Games | New Releases

**Prime now** | CELEBRATE EASTER WITH FREE 2-HOUR DELIVERY

Toys & Games › Stuffed Animals & Plush Toys › Plush Puppets





Click to open expanded view

## Makinzy Plush Graduation Doll 15"

by Burton & Burton
Be the first to review this item

**Currently unavailable.**
We don't know when or if this item will be back in stock.

- Brunette Graduation Doll
- 15"H X 8"W X 4 1/4"
- Embroidered Eyes, Nose, and Mouth
- Sofia the Blonde Graduation Doll is Sold Separately
- Safe for All Ages



Hop into spring
with Easter basket favorites
› Shop now

Share ✉ f 🐦 📌

**Currently unavailable.**
We don't know when or if this item will be back in stock.

Add to List ▾

Have one to sell?    Sell on Amazon

Sponsored by Learning Resources



Learning Resources Jumbo Jungle Animals
464
$29.99 $14.64

Ad feedback 💬

## Sponsored Products Related To This Item (What's this?)

Page 1 of 5



Doll Clothes Storage Trunk for 18" Dolls Like American Girl with All-in-...
★★★★☆ 2
$199.99



Ashton Drake Sophia Lifelike Baby Doll 19"
★★★★☆ 47
$149.99



Laser Pegs 8-in-1 Helicopter Building Set
★★★★☆ 84
$20.58 ✓Prime

JerrisApparel Snow Queen Elsa Party Dress Costume Princess Cosplay Dress...
★★★★☆ 349
$25.99 ✓Prime



JerrisApparel New Cinderella Dress Princess Costume Butterfly Girl (...
Ye...
★★★★☆ 421
$29.99 ✓Prime

Ad feedback 💬

## Customers Viewing This Page May Be Interested In These Sponsored Links (What's this?)

1.    -    Save on **Graduation Dolls**. Compare And Save!    www.salection.net/**Graduation**+**Dolls**

**Sale: Graduation Dolls**

Case 2:16-cv-01380-ADS-ARL Document 1 Filed 03/21/16 Page 28 of 33 PageID #: 28

| 2. **Plush Dolls** 🔗 | - | Fine Art & Collectible **Dolls** & **Doll** Accessories. Visit Us Today! | www.dearlittle**doll**iesltd.com/ |
| 3. **Graduation Doll Deals** 🔗 | - | Search 5,000 Stores With One Click. Save Big On **Graduation Doll**! | **graduationdoll**.listar.com/ |
| 4. **15 Doll** 🔗 | - | Find **15 Doll** In 6 Search Engines at Once. | www.izito.us/**15**+**Doll** |

Ad feedback 💬

## Product Description

Plush Makinzy graduation dolls has embroidered eyes, nose, and mouth. Clothes are not removable and dolls do not sit.

## Product Information

| | |
|---|---|
| Product Dimensions | 9.4 x 7.1 x 4 inches |
| Item Weight | 1.6 ounces |
| Shipping Weight | 1.6 ounces |
| ASIN | B00JNKC1C8 |
| Manufacturer recommended age | 3 months and up |
| Best Sellers Rank | #1,307,139 in Toys & Games (See Top 100 in Toys & Games) #27,436 in Toys & Games > Puppets & Puppet Theaters > Plush Puppets #108,746 in Toys & Games > Stuffed Animals & Toys |
| Customer Reviews | Be the first to review this item 0 out of 5 stars |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to give feedback on images?
Would you like to tell us about a lower price?

## Customer Questions & Answers

See questions and answers

## Customer Reviews

**There are no customer reviews yet.**

| 5 star | | Share your thoughts with other customers |
|---|---|---|
| 4 star | | |
| 3 star | | **Write a customer review** |
| 2 star | | |

1 star



Ad feedback





Ad feedback

**Pages with Related Products.** See and discover other items: stuffed dog, giant stuffed animal

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| About Amazon | Sell Your Services on Amazon | Amazon.com Store Card | Your Orders |
| Investor Relations | Sell on Amazon Business | Amazon.com Corporate Credit Line | Shipping Rates & Policies |
| Amazon Devices | Sell Your Apps on Amazon | Shop with Points | Amazon Prime |
| | Become an Affiliate | Credit Card Marketplace | Returns & Replacements |
| | Advertise Your Products | Amazon Currency Converter | Manage Your Content and Devices |
| | Self-Publish with Us | | Amazon Assistant |
| | Become an Amazon Vendor | | Help |
| | › See all | | |

**amazon**.com

Australia  Brazil  Canada  China  France  Germany  India  Italy  Japan  Mexico  Netherlands  Spain  United Kingdom

| | | | | | | |
|---|---|---|---|---|---|---|---|
| **6pm** Score deals on fashion brands | **AbeBooks** Rare Books & Textbooks | **ACX** Audiobook Publishing Made Easy | **Alexa** Actionable Analytics for the Web | **Amazon Business** Everything For Your Business | **AmazonFresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally |
| **Home Services** Handpicked Pros Happiness Guarantee | **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Download Audio Books | **BeautyBar.com** Prestige Beauty Delivered | **Book Depository** Books With Free Delivery Worldwide | **Casa.com** Kitchen, Storage & Everything Home | **ComiXology** Thousands of Digital Comics |
| **CreateSpace** Indie Print Publishing Made Easy | **Diapers.com** Everything But The Baby | **DPReview** Digital Photography | **East Dane** Designer Men's Fashion | **Fabric** Sewing, Quilting & Knitting | **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities |

Case 2:16-cv-01380-ADS-ARL Document 1 Filed 03/21/16 Page 30 of 33 PageID #: 30

| | | | | | | |
|---|---|---|---|---|---|---|
| Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | MYHABIT<br>Private Fashion<br>Designer Sales | Shopbop<br>Designer<br>Fashion Brands | Soap.com<br>Health, Beauty &<br>Home Essentials | TenMarks.com<br>Math Activities<br>for Kids & Schools | Wag.com<br>Everything<br>For Your Pet |
| Warehouse Deals<br>Open-Box<br>Discounts | Woot!<br>Discounts and<br>Shenanigans | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappos<br>Shoes &<br>Clothing | | | |

Conditions of Use   Privacy Notice   Interest-Based Ads  © 1996-2016, Amazon.com, Inc. or its affiliates

Case 2:16-cv-01380-ADS-ARL Document 1 Filed 03/21/16 Page 31 of 33 PageID #: 31



BEAUTIFUL THINGS ON AMAZON  UPDATED DAILY    EXPLORE

**amazon**
Try Prime

All ▼ [                    ] 🔍

Easter Shop  ❯

Shop by Department ▼

Shopping History ▼    Joseph's Amazon.com    Today's Deals    Gift Cards    Sell

Hello, Joseph
Your Account ▼

Try Prime ▼

Your Lists ▼

🛒 Cart ¹





Click to open expanded view

## Burton/burton 9721958 Plush 15" Graduation Doll Brunette

by Burton
Be the first to review this item

Price: **$25.89** + $6.99 shipping

**Only 2 left in stock.**

**Estimated Delivery Date:** Thursday, March 24 when you choose Two-Day Shipping at checkout.

Ships from and sold by AM Online Sales.

- Burton Burton
- Plush
- Graduation Doll
- 15" Brunette
- AM

Share ✉ f ⚑ 🅿

Qty: [ 1 ▼]

**$25.89** + $6.99 shipping
**In Stock.** Sold by **AM Online Sales**

🛒 **Add to Cart**

Turn on 1-Click ordering for this browser

**Ship to:**
Joseph Dunne- BROOKLYN ▼

[ Add to List        ▼]

Have one to sell?   [ Sell on Amazon ]



---

## Product Description

Plush Graduation Doll Brunette 15" Black Cap And Gown

## Product Information

| | |
|---|---|
| Item Weight | 1 pounds |
| Shipping Weight | 1 pounds (View shipping rates and policies) |
| ASIN | B00ULM1QPU |
| Customer Reviews | Be the first to review this item 0 out of 5 stars |
| Date first available at Amazon.com | March 12, 2015 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to give feedback on images?
Would you like to tell us about a lower price?

### Customers Viewing This Page May Be Interested In These Sponsored Links   (What's this?)

1. **burton + BURTON** ▫ - The Best in Service, Selection, and Satisfaction.®  www.**burton**and**burton**.com/
2. **Sale: Graduation Dolls** ▫ - Save on **Graduation Dolls**. Compare And Save!  www.selection.net/**Graduation**+**Dolls**

Ad feedback ▯

## Customer Questions & Answers

🔍 Have a question? Search for answers

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?

- What are the dimensions of this item?

---

## Customer Reviews

There are no customer reviews yet.

| | |
|---|---|
| 5 star | |
| 4 star | |
| 3 star | |
| 2 star | |
| 1 star | |

Share your thoughts with other customers

[ Write a customer review ]



⭐⭐⭐⭐⭐ 748

**I Love Method!**
" Easy to use, smells great and it's all natural! I love, LOVE Method products! "

Ad feedback 💬

---

## Your Recently Viewed Items and Featured Recommendations

Inspired by your purchases



**Prometheus Rising**
› Robert Anton Wilson
⭐⭐⭐⭐⭐ 125
Paperback



**Long Black Curl: A Novel of the Tufa (Tufa...**
› Alex Bledsoe
⭐⭐⭐⭐⭐ 33
Hardcover
$19.30 ✓Prime



**Transcend 32 GB Class 10 SDHC Flash Memory Card (TS32GSDHC10E)**
⭐⭐⭐⭐⭐ 13,796
$9.99 ✓Prime



**iPhone 4S Case, Caseology® [Daybreak Series] Slim Fit Shock Absorbent Cover...**
⭐⭐⭐⭐☆ 6,989
$9.99 ✓Prime



**Canon Deluxe Gadget Bag 100EG**
⭐⭐⭐⭐⭐ 1,064
$39.89



**Schrodinger's Cat Trilogy**
› Robert Anton Wilson
⭐⭐⭐⭐⭐ 49
Paperback
$16.89 ✓Prime



**58MM Professional Lens Filter Accessory Kit (Vivitar Filter Kit (UV, CPL, FLD) + Carry...**
⭐⭐⭐⭐⭐ 2,685
$14.99 ✓Prime

You
viewed            

› View or edit your browsing history


**For a limited time only.** verizon✓

Ad feedback 💬

Case 2:16-cv-01380-ABS-ARL   Document 1   Filed 03/21/16   Page 33 of 33   PageID #: 33

Back to top

### Get to Know Us
Careers
About Amazon
Investor Relations
Amazon Devices

### Make Money with Us
Sell on Amazon
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Become an Amazon Vendor
› See all

### Amazon Payment Products
Amazon.com Rewards Visa Card
Amazon.com Store Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Amazon Currency Converter

### Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

## amazon.com

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Netherlands   Spain   United Kingdom

**6pm**
Score deals
on fashion brands

**AbeBooks**
Rare Books
& Textbooks

**ACX**
Audiobook Publishing
Made Easy

**Alexa**
Actionable Analytics
for the Web

**Amazon Business**
Everything For
Your Business

**AmazonFresh**
Groceries & More
Right To Your Door

**AmazonGlobal**
Ship Orders
Internationally

**Home Services**
Handpicked Pros
Happiness Guarantee

**Amazon Web Services**
Scalable Cloud
Computing Services

**Audible**
Download
Audio Books

**BeautyBar.com**
Prestige Beauty
Delivered

**Book Depository**
Books With Free
Delivery Worldwide

**Casa.com**
Kitchen, Storage
& Everything Home

**ComiXology**
Thousands of
Digital Comics

**CreateSpace**
Indie Print Publishing
Made Easy

**Diapers.com**
Everything
But The Baby

**DPReview**
Digital
Photography

**East Dane**
Designer Men's
Fashion

**Fabric**
Sewing, Quilting
& Knitting

**Goodreads**
Book reviews
& recommendations

**IMDb**
Movies, TV
& Celebrities

**Junglee.com**
Shop Online
in India

**Kindle Direct Publishing**
Indie Digital Publishing
Made Easy

**MYHABIT**
Private Fashion
Designer Sales

**Shopbop**
Designer
Fashion Brands

**Soap.com**
Health, Beauty &
Home Essentials

**TenMarks.com**
Math Activities
for Kids & Schools

**Wag.com**
Everything
For Your Pet

**Warehouse Deals**
Open-Box
Discounts

**Woot!**
Discounts and
Shenanigans

**Yoyo.com**
A Happy Place
To Shop For Toys

**Zappos**
Shoes &
Clothing

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2016, Amazon.com, Inc. or its affiliates